**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Donna M. Gritters, Plaintiff,<br>v.<br>Ocwen Loan Servicing, LLC; Nationstar Mortgage, LLC;<br>Federal Home Loan Mortgage Corporation; and<br>Pierce & Associates, P.C., Defendants. | Case Number: 1:14-cv-916 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donna M. Gritters, Plaintiff

| |
|---|
| NAME (Type or print)<br>Nicholas H. Wooten |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Nick Wooten |
| FIRM<br>Nick Wooten, LLC |
| STREET ADDRESS<br>17200 Chenal Parkway, #300 - Box 357 |
| CITY/STATE/ZIP<br>Little Rock, AR 72223 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>334-887-3000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

Designated Local Counsel: Ross Zambon, 900 Jorie Blvd., Ste. 150, Oak Brook, IL 60523