UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Donna M. Gritters

                Plaintiff,

v.                                            Case No.: 1:14–cv–00916
                                               Honorable Jorge L. Alonso

Ocwen Loan Servicing, LLC., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 29, 2015:

      MINUTE entry before the Honorable Jorge L. Alonso: Parties' agreed motion to extend the close of fact discovery [123] is granted to 10/30/15. Motion hearing date of 9/30/15 is stricken. Status hearing previously set for 10/7/15 is stricken. The court will rule electronically on the pending motions and set further dates in the ruling. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.