# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DONNA M. GRITTERS; ) | |
| ) | |
| Plaintiff, ) | No. 1:14-cv-00916 |
| v. ) | |
| ) | Judge: Jorge L. Alonso |
| OCWEN LOAN SERVICING, LLC; ) | |
| NATIONSTAR MORTGAGE, LLC; ) | Magistrate Judge: Michael T. Mason |
| FEDERAL HOME LOAN MORTGAGE ) | |
| CORPORATION; and PIERCE & ) | |
| ASSOCIATES, P.C. ) | |
| ) | |
| Defendants. ) | |

**Defendant Ocwen Loan Servicing, LLC's Motion for Extension of Time**

Defendant, Ocwen Loan Servicing, LLC ("Ocwen") hereby moves to extend its deadline to respond to Plaintiff's amended complaint. In support of this motion, Ocwen states as follows:

1. Ocwen filed its Rule 12(b)(1) and (6) motion to dismiss the amended complaint on April 10, 2015. [Dkt. No. 88]. That motion was denied on November 6, 2015. [Dkt. No. 128]. Accordingly, Ocwen has a November 20, 2015 deadline to answer the amended complaint and assert affirmative defenses.

2. On November 16, 2015, Plaintiff filed a motion to compel and for an order imposing sanctions against Ocwen which, in part, would prohibit Ocwen from asserting any affirmative defenses. [Dkt. No. 129]. A briefing schedule has been entered on that motion. [Dkt. 139].

3. Ocwen has been diligently preparing its answer but needs additional time to formulate its affirmative defenses in light of Plaintiff's motion. Accordingly, Ocwen seeks an extension of time, until and including November 25, 2015, to file its pleading.

4. This motion is not intended to cause unnecessary delay, and none of the parties will be prejudiced by an order granting Ocwen the requested extension of time to file its pleading.

WHEREFORE, Ocwen respectfully requests entry of an Order extending its time to file its responsive pleading to the amended complaint until and including November 25, 2015, and granting such further relief as the Court deems just and proper.

DATED: November 20, 2015

Respectfully submitted,

**OCWEN LOAN SERVICING, LLC**

By: ␣␣/s/ Chethan Shetty␣␣
␣␣␣␣␣␣One of Its Attorneys

Simon Fleischmann (6274929)
*sfleischmann@lockelord.com*
Chethan G. Shetty (6300848)
*cshetty@lockelord.com*
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-1887

**CERTIFICATE OF SERVICE**

  I, Chethan Shetty, an attorney, certify that I caused the foregoing to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on November 20, 2015.

                /s/ Chethan Shetty