## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DONNA M. GRITTERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 14-cv-00916 |
| | ) | |
| OCWEN LOAN SERVICING, LLC; | ) | The Honorable Jorge L. Alonso |
| NATIONSTAR MORTGAGE, LLC; | ) | |
| FEDERAL HOME LOAN MORTGAGE | ) | Magistrate Judge Michael T. Mason |
| CORPORATION; and PIERCE & | ) | |
| ASSOCIATES, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

### Defendants' Motion for Extension of Time

Defendants Ocwen Loan Servicing, LLC ("Ocwen") and Pierce & Associates, P.C. ("Pierce") hereby move under Federal Rule of Civil Procedure 6 for a 7-day extension to the deadlines in the briefing schedule on the parties' cross-motions for summary judgment. In support of this motion, Defendants state as follows:

1. Ocwen and Pierce are currently due to file replies in support of their motions for summary judgment against Plaintiff and responses to Plaintiff's cross-motions for summary judgment against Defendants on January 27, 2017. [Dkt. No. 210]. Plaintiff's replies in support of her cross-motions for summary judgment are due February 10, 2017. [*Id.*]. Defendants have received two extensions of time to file their respective briefs. [Dkt. Nos. 207, 210].

2. Ocwen seeks a final, one-week extension to its filing deadline. Despite the extensions thus far and its diligence in preparing its response, Ocwen does not anticipate being able to timely complete its reply in support of its motion for summary judgment and response to Plaintiff's motion for summary judgment. Accordingly, Ocwen respectfully requests an additional 7 days, until February 3, 2017, to complete its combined response/reply papers.

3. Pierce's counsel believes it makes sense for the sake of judicial resources for each Defendant to file its response/reply on the same date, and Pierce therefore seeks an identical extension of time.

4. Accordingly, Defendants have good cause and seek a 7-day extension of time to file their responses to Plaintiff's cross-motion for summary judgment and replies in support of their motions for summary judgment until February 3, 2017 and an identical extension for Plaintiff's reply deadline.

5. This is Defendants' third motion seeking an extension of time regarding their response/replies and it is not intended to cause unnecessary delay. None of the parties will be prejudiced by an order granting the requested extensions of time. Ocwen's counsel has attempted to determine whether counsel for Plaintiff opposes the relief sought in this motion but has not yet received a response.

WHEREFORE, Defendants Ocwen Loan Servicing, LLC and Pierce & Associates, P.C. respectfully request entry of an Order extending by 7 days the deadlines in the briefing schedule on the parties' cross-motions for summary judgment and granting such further relief as the Court deems just and proper.

DATED: January 27, 2017                     Respectfully submitted,

**Pierce & Associates, P.C.**                **Ocwen Loan Servicing, LLC**

By: */s/ Jason Santos*                       By: */s/ Chethan Shetty*
    Justin M. Penn                              Chethan Shetty (6300848)
    Jason Santos                                Simon Fleischmann (6274929)
    Hinshaw & Culbertson LLP                    Locke Lord LLP
    222 N. LaSalle, Suite 300                   111 S. Wacker Dr.
    Chicago, IL 60601                           Chicago, IL 60606
    312-704-3000                                312-443-1887
    *JSantos@hinshawlaw.com*                    *cshetty@lockelord.com*

**CERTIFICATE OF SERVICE**

    I, Chethan Shetty, an attorney, certify that I caused the foregoing to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on January 27, 2017.

                                                               */s/ Chethan Shetty*