# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DONNA M. GRITTERS; | ) | |
|       Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | |
|       v. | ) | File No. 1:14-cv-916 |
| | ) | |
| OCWEN LOAN SERVICING, LLC; | ) | |
| NATIONSTAR MORTGAGE, LLC; | ) | Hon. Jorge Luis Alonso |
| AND PIERCE & ASSOCIATES, P.C.; | ) | |
|       Defendants. | ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HER REPLY BRIEFS IN SUPPORT OF HER MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Donna M. Gritters ("Plaintiff") moves this Court for an extension through February 28, 2017 to file her reply briefs in support of her for motions summary judgment against Defendants Ocwen Loan Servicing, LLC and Pierce & Associates, P.C. ("Defendants") as follows:

1. On December 7, 2016, Plaintiff filed motions for summary judgment against Defendants. [DKT ##196-98, 200-02.]

2. The current briefing schedule grants Plaintiff through February 17, 2017 to file her reply briefs in support of her motions for summary judgment. [DKT #210.]

3. Plaintiff is requesting an extension through February 28, 2017 to file her reply briefs. These reply briefs are the file briefs under the current briefing schedule.

4. This is Plaintiff's first request for an extension of time to file her reply briefs (Plaintiff was previously granted an extension to file her initial motion).

5. Plaintiff has conferred with counsel for Defendants and they do not oppose this motion.

WHEREFORE, Plaintiff Donna Gritters respectfully requests that this Honorable Court enter an order:

a. Granting Plaintiff an extension through February 28, 2017 to file her reply in support of her cross-motions for summary judgment;

b. Granting any further relief this Court deems just and proper.

Date: February 16, 2017                                          Respectfully Submitted,

                                                             By: ___s:/Ross M. Zambon____
                                                                  **Ross M. Zambon**
                                                                  Attorney for Plaintiff

Sulaiman Law Group, Ltd.
Ross M. Zambon (*of counsel*) – ARDC # 6294149
Mara A. Baltabols – ARDC # 6299033
900 Jorie Blvd., Suite 150
Oak Brook, IL 60523