UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA M. GRITTERS; | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | File No. 1:14-cv-916 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| OCWEN LOAN SERVICING, LLC; and PIERCE & ASSOCIATES, P.C.; | ) | |
| | ) | Hon. Jorge L. Alonso |
| | ) | |
| Defendants. | ) | Magistrate Judge |
| | ) | Michael T. Mason |

## JOINT STATUS REPORT

Plaintiff Donna Gritters ("Gritters"), Defendant Ocwen Loan Servicing, LLC ("Ocwen"), and Defendant Pierce & Associates, P.C. ("Pierce") submit the following Joint Status Report as ordered in this Court's the May 6, 2018 Minute Order (Dkt. 238) as follows:

### I. SETTLEMENT

Gritters issued a written settlement demand to both Ocwen and Pierce on May 22. Also, Counsel for Gritters and Ocwen have conferred over the phone on settlement since the last status hearing. Ocwen and Pierce will respond in writing prior to the May 29, 2018 status hearing. Ocwen anticipates asking Gritters for a mediation in an effort to bring the parties closer to a settlement.

### II. TRIAL PROPOSAL

**Plaintiff's Position**: Plaintiff states that the case is ready for trial and would request a trial date between August 15, 2018 and September 30, 2018 (or the first available date), with the pre-trial conference and deadlines (*i.e.* motions in limine) to be determined once the trial date is set. Plaintiff anticipates a five day jury trial.

**Ocwen's Position**: Ocwen takes no position on the time required for a trial on the claims against Pierce. Ocwen believes that a two-day trial would be appropriate for the claims against Ocwen, but that a trial date need not be set while the parties continue to discuss settlement and potentially mediate the remaining breach of contract and Fair Debt Collection Practices Act claims.

**Pierce's Position**: As explained above, Pierce will respond to the settlement demand by the next status. As for the trial, depending on the complexity and length of the trial on

1

the issues between Gritters and Ocwen, Pierce may seek a separate trial. In light of the summary judgment ruling, the remaining issues or a trial involving Pierce are narrow, and unrelated in most respects to the remaining claims. That said, in the event the claims against Pierce can be settled prior to trial, or in the event the remaining parties agree that the scope of the remaining trial between them is narrow, this will not be necessary.

Dated: May 24, 2018

| **Donna Gritters** | **Ocwen Loan Servicing, LLC** |
|---|---|
| By: */s/ Ross M. Zambon*<br>Ross M. Zambon<br>Mara A. Baltabols<br>SULAIMAN LAW GROUP, LTD.<br>900 Jorie Boulevard, Suite 150<br>Oak Brook, IL 60523<br>*Attorneys for Gritters* | By: */s/ Chethan Shetty*<br>Chethan Shetty (6300848)<br>Simon Fleischmann (6274929)<br>Locke Lord LLP<br>111 S. Wacker Dr.<br>Chicago, IL 60606<br>*Attorneys for Ocwen* |

**Pierce & Associates, P.C.**

By: */s/ Justin M. Penn*
    Justin M. Penn
    Hinshaw & Culbertson LLP
    222 N. LaSalle, Suite 300
    Chicago, IL 60601
    *Attorneys for Pierce*